**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 20–41270 – MER
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

ANDREW DATTHANG NGUYEN
asf WONDERS HOLDINGS LLC

6511 83RD CT N
BROOKLYN PARK, MN 55445

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx–xx–7934

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 1/4/21 , or, for governmental units, within 180 days from the date of the Order for Relief or 1/4/21 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 10/1/20

Lori Vosejpka
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

mnbflclm 10/14