## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                                  BKY 20-41270

                                                                                                          Chapter 7 Case

ANDREW DATTHANG NGUYEN,

    Debtor.

---

### CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION

---

I, Randall Seaver, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $77.00. After making diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate, $.08 of those funds were paid in bond fees and $76.92 of those funds were returned to the debtor. All bank statements and canceled checks, if any, have been submitted to the United States Trustee. The bank statements reflect a final zero balance and no other funds or assets of the estate remain in my custody. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee.

Dated: September 13, 2022                                    /e/ Randall L. Seaver

                                                                                       Randall L. Seaver